**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JEROME A. MAHER and JOHN R. GRAVEE,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 08-12C** |
| | ) | **(Senior Judge Wiese)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of William G. Kanellis, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

William G. Kanellis
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW Room 10132
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/ William G. Kanellis
William G. Kanellis
Trial Attorney
Commercial Litigation Branch
Civil Division
TELEPHONE: (202) 353-0526
FACSIMILE: (202) 514-8640

February 6, 2008